UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIL HASSAN, et al. | Case Number: 24 CR 533 |

## **ORDER**

IT IS HEREBY ORDERED THAT the Indictment in this matter be unsealed at 2:00 pm on December 9, 2024.

Dated: December 9, 2024

*Heather K. McShain*
_____
THE HONORABLE HEATHER K. MCSHAIN
United States Magistrate Judge